**Steve D. Larson,** OSB No. 863540
Email: slarson@stollberne.com
**Jennifer S. Wagner**, OSB No. 024470
Email: jwagner@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840

**James R. Patterson** (Admitted *Pro Hac Vice*)
Email: jim@pattersonlawgroup.com
**Allison H. Goddard** (Admitted *Pro Hac Vice*)
Email: ali@pattersonlawgroup.com
PATTERSON LAW GROUP
402 W Broadway, 29th Floor
San Diego, CA 92101
Telephone:   (619) 756-6990
Facsimile:   (619) 756-6991

*Attorneys for Plaintiffs and the Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT NANCE and FREDERICK FREEDMAN, an individual, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MAY TRUCKING COMPANY, an Idaho corporation; DOES 1 through 100,<br><br>Defendant(s). | Case No. 3:12−cv−01655−HZ<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

Page 1 -    NOTICE OF APPEAL

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:

      PLEASE TAKE NOTICE that Plaintiffs Scott Nance and Frederick Freedman, on behalf of themselves and a class of similarly situated persons, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered in this case on July 2, 2014, and all interlocutory orders that gave rise to that judgment, including but not to limited to the Order Granting in Part and Denying Part Plaintiffs' Motion for Class Certification entered on June 10, 2013 and the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiffs' Motion for Partial Summary Judgment entered on January 15, 2014, and the Court's Findings of Fact and Conclusions of Law entered on May 20, 2014.

      DATED this 29th day of July, 2014.

      PATTERSON LAW GROUP

By: */s/ Allison H. Goddard*
    Allison H. Goddard (Admitted Pro Hac Vice)
    James R. Patterson (Admitted Pro Hac Vice)

402 W Broadway, 29th Floor
San Diego, CA 92101
Telephone:(619) 756-6990
Facsimile: (619) 756-6991
Email: jim@pattersonlawgroup.com
      ali@pattersonlawgroup.com

and

Steve D. Larson, OSB No. 863540
Jennifer S. Wagner, OSB No. 024470
STOLL STOLL BERNE LOKTING & SHLACHTER PC
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: slarson@stollberne.com
      jwagner@stollberne.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties via CM/ECF on July 29, 2014.

/s/ Allison H. Goddard