UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SCOTT NANCE, on behalf of themselves, all others similaraly situated, and the general public and FREDERICK FREEDMAN, on behalf of themselves, all others similaraly situated, and the general public,

   Plaintiffs - Appellants,

 v.

MAY TRUCKING COMPANY, an Idaho corporation and DOES, 1 through 100 inclusive,

   Defendants - Appellees.

No. 14-35640

D.C. No. 3:12-cv-01655-HZ
U.S. District Court for Oregon, Portland

**MANDATE**

The judgment of this Court, entered March 29, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rhonda Roberts
        Deputy Clerk
        Ninth Circuit Rule 27-7